# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 121

State of North Dakota,

Plaintiff and Appellee

v.

Jeremy John Frohlich,

Defendant and Appellant

### No. 20210303

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Cynthia M. Feland, Judge.

AFFIRMED.

Per Curiam.

Joshua A. Amundson, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant.

**State v. Frohlich**
No. 20210303

**Per Curiam.**

[¶1]   Jeremy Frohlich appeals from a criminal judgment after a jury found him guilty of two counts of gross sexual imposition. Frohlich argues the district court erred in finding him competent to stand trial. Two doctors testified relating to Frohlich's competency to stand trial at an August 2020 competency hearing. The district court made credibility findings after reviewing the testimony of both doctors. Those findings are not clearly erroneous and we are not left with a definite and firm conviction a mistake was made. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte